# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruslan Makhmudov, | No. CV-26-01965-PHX-KML (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention, arguing he was previously released from detention on his own recognizance under 8 U.S.C. § 1226(a), he was redetained, and has not been provided a bond hearing. (Doc. 1.) The Court directed Respondents to answer the Petition. (Doc. 4.) Respondents' response stated:

> Respondents do not oppose providing Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a).

(Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition and granting a bond hearing.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing. The petition is otherwise denied.

**IT IS FURTHER ORDERED** respondents must provide petitioner a bond redetermination hearing within seven days or release him from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within three days of releasing petitioner or providing him a bond hearing. **That notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 1st day of May, 2026.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**