**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Ruslan Makhmudov,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-01965-PHX-KML (MTM)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 on June 29, 2026, challenging his immigration detention. (Doc. 1.) In their response, respondents stated "Respondents do not oppose providing Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a)." (Doc. 7.) Based on that concession, the court granted the petition in part and directed petitioner be provided a bond hearing. (Doc. 8.) Petitioner seeks reconsideration on the ground that his petition also sought release from custody or an individualized bond hearing where the government bears the burden of proving by clear and convincing evidence that petitioner is a danger or flight risk. (Doc. 11.) The court will require respondents to respond to the motion for reconsideration.

/

/

/

/

/

**IT IS THEREFORE ORDERED** respondents must respond to petitioner's motion for reconsideration (Doc. 11) no later than October 1, 2026.

Dated this 25th day of September, 2026.

Honorable Krissa M. Lanham
United States District Judge